Whitney A. Davis, SBN 149523
**EGGLESTON KING DAVIS, LLP**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825

102 Houston Avenue, Suite 300
Weatherford, Texas
Phone: (877) 251-6087
whit@ekdlaw.com

Attorneys for Plaintiffs,
TOMMY PILUYEV AND LIUDMILA MAFTEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TOMMY PILUYEV; LIUDMILA MAFTEY, <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCK CORPORATION; <br><br> PACTIV PACKAGING, INC., <br><br> Defendants. | Case No. 2:20-cv-01812-JAM-EFB <br><br> AMENDED AGREED SCHEDULING ORDER |

The parties jointly submit the following Amended Agreed Scheduling Order.  The parties further jointly request that the currently set pre-trial conference and trial be vacated.

AMENDED AGREED SCHEDULING ORDER

1

| | |
|---|---|
| August 25, 2022 | All amended or supplemental pleadings |
| May 15, 2023 | Designation of experts for party(s) seeking affirmative relief (including reports and experts complete file) |
| June 15, 2023 | Designation of experts for party(s) opposing affirmative relief (including reports and experts complete file) |
| August 15, 2023 | Designation of rebuttal experts |
| None Set | Mediation |
| August 31, 2023 | Filing of Motions to Exclude Expert Testimony |
| March 15, 2023 | Close of discovery (including expert discovery) |
| April 15, 2023 | Pre-Trial Exchange:  Each party must serve on each other party its witness list, exhibit list (including demonstrative aids), designation of deposition testimony to be offered in direct examination and proposed jury charge. The parties are directed to confer on the same prior to the Pre-Trial Conference.<br><br>The parties must also file a Joint Pre-Trial Summary identifying the elements of all claims and defenses at issue in the case any elements of such claims or defenses to which the parties have agreed to stipulate, and a list of any critical or unique questions of law presented. The Joint Pre-Trial Summary is intended solely for the Court's convenience in preparing for trial; the inclusion or exclusion of any matter from the Joint Pre-Trial Summary will not have a preclusive or binding effect on any party at trial. |
| None Set | Pre-Trial Conference |
| None Set | Trial Setting |

SO ORDERED on March 28th, 2022

                                              /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

AGREED:
      /s/ *Whitney A. Davis*
By: _____
Whitney A. Davis, SBN 149523
**EGGLESTON KING DAVIS, LLP**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
102 Houston Avenue, Suite 300
Weatherford, Texas
Phone: (877) 251-6087

ATTORNEYS FOR PLAINTIFFS
PILUYEV

By: */s/ R. James Miller*
_____
R. James Miller, SBN 170312
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
3500 Douglas Boulevard, Suite 100
Roseville, CA 95661
Phone: (916) 924-7900

ATTORNEYS FOR DEFENDANTS
STARBUCKS CORPORATION AND
PACTIVE PACKAGING, INC.